# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DEBORAH FELICE, an individual, | |
| Plaintiff, | |
| v. | Case No. CIV-14-1355-HE |
| OKLAHOMA CITY UNIVERSITY, a non-profit agency, | |
| Defendant. | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Deborah Felice, and Defendant, Oklahoma City University, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, do hereby stipulate to the dismissal of the above-styled and numbered cause, and all claims asserted therein, with prejudice to the re-filing thereof. The parties stipulate that they shall each bear their own attorneys' fees and costs.

Respectfully submitted,

s/ Robert E. Norman
Robert E. Norman, OBA #14789
Cheek & Falcone, PLLC
6301 Waterford Blvd., Suite 320
Oklahoma City, Oklahoma 73118
Phone: 405-286-9191
Fax: 405-286-9670
Email: rnorman@cheekfalcone.com
*Attorneys for Plaintiff*

And

s/ Kimberly Lambert Love
*(Signed by the filing attorney with the
Permission of Defendant's counsel)*
Kimberly Lambert Love, OBA #10879
Titus Hillis Reynolds Love
   Dickman & McCalmon
15 East 5th Street, Suite 3700
Tulsa, Oklahoma  74103
Phone:  918-587-6800
Fax:  918-587-6822
Email:  klove@titushillis.com
*Attorneys for Defendant*